UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CHAMBERS, *individually and on behalf of all others similarly situated*,

        Plaintiff,

v.

MAPBLEBEAR, INC. d/b/a INSTACART,

        Defendant.

**ORDER**

21 Civ. 7114 (ER)

Ramos, D.J.:

    For the reasons set forth in the parties' letters, *see* Docs. 28, 29, the case is stayed pending the Second Circuit's panel reconsideration of *Bissonnette v. LePage Bakeries Park St.*, 33 F. 4th 650 (2d Cir. 2022). The parties are directed to write to the Court within seven days of the panel's decision concerning the effect of that decision to the issues in this case.

    The Clerk of Court is respectfully directed to stay the case.

    It is SO ORDERED.

Dated:  August 1, 2022
          New York, New York

                                          Edgardo Ramos, U.S.D.J.